**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, | Case No. 18-11358 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 25-1910844 | |
| In re: | Chapter 11 |
| 21 & OVER PRODUCTIONS, LLC, | Case No. 18-11304 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-2717796 | |
| In re: | Chapter 11 |
| 3 DAYS TO KILL PRODUCTIONS, LLC, | Case No. 18-11302 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5455747 | |
| In re: | Chapter 11 |
| ARMORED CAR PRODUCTIONS, LLC, | Case No. 18-11305 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-1492750 | |
| In re: | Chapter 11 |
| BEST OF ME PRODUCTIONS, LLC, | Case No. 18-11306 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3731490 | |

| | |
|---|---|
| In re: <br><br> BLACK OR WHITE FILMS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 47-2086718 | Chapter 11 <br><br> Case No. 18-11307 (MEW) |
| In re: <br><br> BLACKBIRD PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 80-0908037 | Chapter 11 <br><br> Case No. 18-11308 (MEW) |
| In re: <br><br> BRICK MANSIONS ACQUISITIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-2403910 | Chapter 11 <br><br> Case No. 18-11309 (MEW) |
| In re: <br><br> DON JON ACQUISITIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-1887951 | Chapter 11 <br><br> Case No. 18-11310 (MEW) |
| In re: <br><br> DR PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-5767803 | Chapter 11 <br><br> Case No. 18-11311 (MEW) |
| In re: <br><br> FURNACE FILMS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-2563558 | Chapter 11 <br><br> Case No. 18-11312 (MEW) |

| | |
|---|---|
| In re: <br><br> MALAVITA PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-5458636 | Chapter 11 <br><br> Case No. 18-11313 (MEW) |
| In re: <br><br> MOVIE PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 01-0939860 | Chapter 11 <br><br> Case No. 18-11314 (MEW) |
| In re: <br><br> PARANOIA ACQUISITIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-5248747 | Chapter 11 <br><br> Case No. 18-11315 (MEW) |
| In re: <br><br> PHANTOM ACQUISITIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-2766381 | Chapter 11 <br><br> Case No. 18-11316 (MEW) |
| In re: <br><br> RELATIVE MOTION MUSIC, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 90-0488016 | Chapter 11 <br><br> Case No. 18-11317 (MEW) |
| In re: <br><br> RELATIVE VELOCITY MUSIC, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 80-0357169 | Chapter 11 <br><br> Case No. 18-11318 (MEW) |

| | |
|---|---|
| In re: <br><br> RELATIVITY DEVELOPMENT, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-3215296 | Chapter 11 <br><br> Case No. 18-11319 (MEW) |
| In re: <br><br> RELATIVITY FASHION, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-3954571 | Chapter 11 <br><br> Case No. 18-11291 (MEW) |
| In re: <br><br> RELATIVITY FILMS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 36-4615464 | Chapter 11 <br><br> Case No. 18-11320 (MEW) |
| In re: <br><br> RELATIVITY FOREIGN, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-1178993 | Chapter 11 <br><br> Case No. 18-11321 (MEW) |
| In re: <br><br> RELATIVITY HOLDINGS LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-3867052 | Chapter 11 <br><br> Case No. 18-11322 (MEW) |
| In re: <br><br> RELATIVITY JACKSON ,LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-3766116 | Chapter 11 <br><br> Case No. 18-11323 (MEW) |

| | |
|---|---|
| In re: <br><br> RELATIVITY MEDIA DISTRIBUTION, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-2620264 | Chapter 11 <br><br> Case No. 18-11324 (MEW) |
| In re: <br><br> RELATIVITY MEDIA FILMS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-4061574 | Chapter 11 <br><br> Case No. 18-11325 (MEW) |
| In re: <br><br> RELATIVITY MUSIC GROUP, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-2489540 | Chapter 11 <br><br> Case No. 18-11326 (MEW) |
| In re: <br><br> RELATIVITY PRODUCTION LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 20-8217891 | Chapter 11 <br><br> Case No. 18-11327 (MEW) |
| In re: <br><br> RELATIVITY ROGUE, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 26-3873333 | Chapter 11 <br><br> Case No. 18-11328 (MEW) |
| In re: <br><br> RML ACQUISITIONS I, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-1349406 | Chapter 11 <br><br> Case No. 18-11329 (MEW) |

| | |
|---|---|
| In re: <br><br> RML ACQUISITIONS II, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-1539810 | Chapter 11 <br><br> Case No. 18-11330 (MEW) |
| In re: <br><br> RML ACQUISITIONS III, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-2749116 | Chapter 11 <br><br> Case No. 18-11331 (MEW) |
| In re: <br><br> RML ACQUISITIONS IV, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-2994997 | Chapter 11 <br><br> Case No. 18-11332 (MEW) |
| In re: <br><br> RML ACQUISITIONS V, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-5619532 | Chapter 11 <br><br> Case No. 18-11334 (MEW) |
| In re: <br><br> RML ACQUISITIONS VI, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-1269640 | Chapter 11 <br><br> Case No. 18-11335 (MEW) |
| In re: <br><br> RML ACQUISITONS VII, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 46-1407747 | Chapter 11 <br><br> Case No. 18-11336 (MEW) |

| | |
|---|---|
| In re: | Chapter 11 |
| RML ACQUISITIONS VIII, LLC, | Case No. 18-11337 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-1687459 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS IX, LLC, | Case No. 18-11333 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5114410 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS X, LLC, | Case No. 18-11338 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1401009 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS XI, LLC, | Case No. 18-11339 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1622651 | |
| In re: | Chapter 11 |
| RML ACQUISITIONS XIII, LLC, | Case No. 18-11340 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-2279614 | |
| In re: | Chapter 11 |
| RMLDD FINANCING, LLC, | Case No. 18-11353 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 61-1689114 | |

| In re: | Chapter 11 |
|---|---|
| RML DESERT FILMS, LLC, | Case No. 18-11341 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5024564 | |
| In re: | Chapter 11 |
| RML DISTRIBUTION DOMESTIC, LLC, | Case No. 18-11292 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-3506528 | |
| In re: | Chapter 11 |
| RML DISTRIBUTION INTERNATIONAL, LLC, | Case No. 18-11342 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-3506749 | |
| In re: | Chapter 11 |
| RML ECHO FILMS, LLC, | Case No. 18-11343 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3144656 | |
| In re: | Chapter 11 |
| RML FILM DEVELOPMENT, LLC, | Case No. 18-11344 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-2473567 | |
| In re: | Chapter 11 |
| RML HECTOR FILMS, LLC, | Case No. 18-11345 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5066054 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RML INTERNATIONAL ASSETS, LLC, | Case No. 18-11346 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 27-4661910 | |
| In re: | Chapter 11 |
| RML NOVEMBER FILMS, LLC, | Case No. 18-11347 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-5079701 | |
| In re: | Chapter 11 |
| RML OCULUS FILMS, LLC, | Case No. 18-11348 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-3682596 | |
| In re: | Chapter 11 |
| RML ROMEO AND JULIET FILMS, LLC, | Case No. 18-11350 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 46-2869509 | |
| In re: | Chapter 11 |
| RML TURKEYS FILMS, LLC, | Case No. 18-11351 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 45-5248898 | |
| In re: | Chapter 11 |
| RML WIB FILMS, LLC, | Case No. 18-11352 (MEW) |
| Debtor. | |
| Fed. Tax Id. No. 47-1780102 | |

| | |
|---|---|
| In re: <br><br> ROGUE DIGITAL, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 35-2375578 | Chapter 11 <br><br> Case No. 18-11301 (MEW) |
| In re: <br><br> ROGUE GAMES, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 27-1733442 | Chapter 11 <br><br> Case No. 18-11354 (MEW) |
| In re: <br><br> ROGUELIFE LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 27-1733442 | Chapter 11 <br><br> Case No. 18-11355 (MEW) |
| In re: <br><br> SAFE HAVEN PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 45-3326550 | Chapter 11 <br><br> Case No. 18-11356 (MEW) |
| In re: <br><br> SNOW WHITE PRODUCTIONS, LLC, <br><br> Debtor. <br><br> Fed. Tax Id. No. 27-3833175 | Chapter 11 <br><br> Case No. 18-11357 (MEW) |

**ORDER (A) AUTHORIZING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES AND (B) WAIVING REQUIREMENTS OF SECTION 342(C)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002(n)**

Upon the *Debtors' Motion for an Order (A) Authorizing the Joint Administration of Their Chapter 11 Cases and (B) Waiving Requirements Of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) Authorizing the Joint Administration of their Chapter 11 Cases* (the

"**Motion**")[1]; and upon consideration of the Adams Joint Administration Declaration; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), each of the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-11358 (MEW).

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases or create any other implication regarding the separateness (or lack of separateness) of the Debtors' estates for any purpose.

4. The caption of the jointly administered cases should read as follows:

---

[1] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[2] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

5. All pleadings and notices shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of *In re Relativity Media, LLC*, Case No. 18-11358 (MEW).

6. A docket entry shall be made in each of the Debtors' cases (except that of Debtor Relativity Media) substantially similar to the following:

> An order has been entered in this case under rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Relativity Holdings LLC and Relativity Media, LLC and their direct and indirect debtor subsidiaries. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket of Relativity Media, LLC, Case No. 18-11358 (MEW) and such docket should be consulted for all matters affecting this case.

7. The requirements under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in the chapter 11 cases include the Debtors' tax identification numbers and other identifying information about the Debtors are hereby waived. The Debtors shall include in all pleadings filed and each notice mailed by the Debtors a footnote noting the location for a listing of all of the Debtors and the last four digits of their tax identification numbers.

---

[2] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases* [Docket No. [_]] and (b) at www.cases.primeclerk.com/relativity. The location of Relativity Media LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

8. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the clerk of the Court with the assistance of the notice and claims agent to be retained by the Debtors in these chapter 11 cases.

9. The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees*, issued by the Executive Office of United States Trustees (rev. 11/27/13), by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information, e.g. receipts, disbursements, etc., on a Debtor-by-Debtor basis in each monthly operating report.

10. This Order shall apply to any future filing of any affiliate of the Debtors, provided, however, the Debtors shall file notice with the Court identifying the cases of such affiliates and stating that this Order shall apply to such cases.

11. The requirements set forth in Local Rule 9013-l(b) are satisfied.

12. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

13. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 7, 2018
      New York, New York

                                                s/Michael E. Wiles
                                                THE HONORABLE MICHAEL E. WILES
                                                UNITED STATES BANKRUPTCY JUDGE